UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.                                          ORDER
                                              Criminal No. 10-187

Amina Farah Ali and Hawo Hassan,

      Defendants.

_____

      It has come to the Court's attention that Defendant Ali did not rise when the Court was called to Order on September 30, 2011.

      IT IS HEREBY ORDERED that all parties and counsel are to follow the Rules of Decorum set forth by the Court, which includes rising when Court is called to Order.  Any party failing to comply with the Rules of Decorum will be sanctioned by the Court.

Date:  September 30, 2011

                                                      s/ Michael J. Davis
                                                      Michael J. Davis
                                                      Chief Judge
                                                      United States District Court