UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.                                      ORDER
                                        Criminal No. 10-187

Amina Farah Ali,

      Defendant.
_____

Pursuant to the Court's Order dated October 3, 2011 [Doc. No. 132], the Court found Defendant Ali in contempt of Court for failing to rise for the Court when Court was called to Order and Recessed.

IT IS HEREBY ORDERED:

The Court hereby finds that on this day, October 3, 2011, Defendant Ali failed to rise on ten occasions. Defendant Ali shall be sentenced to five days for each incidence of contempt, to be served consecutively, and after the trial in this matter is completed.

Date: October 3, 2011

                                              s/ Michael J. Davis
                                              Michael J. Davis
                                              Chief Judge
                                              United States District Court