UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                                                ORDER
                                                                  Criminal No. 10-187

Amina Farah Ali,

    Defendant.
_____

Pursuant to the Court's Order dated October 3, 2011 [Doc. No. 132], the Court determined that Defendant Ali would be held in contempt of Court for failing to rise for the Court when Court was called to Order and Recessed.

IT IS HEREBY ORDERED:

The Court hereby finds that on this day, October 4, 2011, Defendant Ali failed to rise on the following ten occasions: 9:00 - Court called to Order; 9:20 - Court recessed; 9:35 - Court called to Order; 11:24 - Court called to Order; 1:15 - Jury excused; 1:20 - Court recessed; 2:20 - Court called to Order; 3:05 - Court recessed; 3:15 - Court called to Order; 5:05 - Jury excused.

Defendant Ali shall be sentenced to five days for each incidence of contempt, to be served consecutively and after the trial in this matter is completed.

Date: October 5, 2011

                                      <u>s/ Michael J. Davis</u>
                                      Michael J. Davis
                                      Chief Judge
                                      United States District Court