```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF MINNESOTA


----------------------------------------------------------------
                                  )
                                  )
 United States of America,        )  File No. CR-10-187
                                  )           (MJD/FLN)
        Plaintiff,                )
                                  )
 vs.                              )  Minneapolis, Minnesota
                                  )  October 5, 2011
 (1) Amina Farah Ali and          )
 (2) Hawo Mohamed Hassan,         )
                                  )
        Defendants.               )
                                  )
                                  )
----------------------------------------------------------------
```

BEFORE THE HONORABLE MICHAEL J. DAVIS and a Jury
UNITED STATES DISTRICT COURT JUDGE

**(EXCERPT FROM TRIAL REGARDING CONTEMPT)**

Proceedings recorded by mechanical stenography;
transcript produced by computer.

LORI A. SIMPSON, RMR-CRR
(612) 664-5104

```
 1      APPEARANCES
          For the Plaintiff:      U.S. Attorney's Office
 2                                JEFFREY S. PAULSEN, AUSA
                                  600 U.S. Courthouse
 3                                300 South Fourth Street
                                  Minneapolis, Minnesota 55415
 4
                                  U.S. Department of Justice
 5                                National Security Division
                                  STEVEN WARD, ESQ.
 6                                950 Pennsylvania Avenue NW
                                  Washington, D.C. 20530
 7
          For Defendant Amina     Kelley, Wolter & Scott
 8        Farah Ali:              DANIEL M. SCOTT, ESQ.
                                  Suite 2530
 9                                431 South Seventh Street
                                  Minneapolis, Minnesota 55415
10
          For Defendant Hawo      Kelly & Jacobson
11        Mohamed Hassan:         THOMAS M. KELLY, ESQ
                                  GRETCHEN L. GURSTELLE, ESQ.
12                                Suite 215
                                  220 South Sixth Street
13                                Minneapolis, Minnesota 55402

14        Court Reporter:         LORI A. SIMPSON, RMR-CRR
                                  1005 U.S. Courthouse
15                                300 South Fourth Street
                                  Minneapolis, Minnesota 55415
16
          Interpreters:           Osman Abdulle
17                                Osman Omar
                                  Hassan Hassan
18

19

20

21

22

23

24

25
```

1    (9:20 a.m.)

2                      **P R O C E E D I N G S**

3                          **IN OPEN COURT**

4                         **(JURY NOT PRESENT)**

5            THE COURT:  Let's swear the interpreters in,

6    please.

7            THE CLERK:  Please raise your right hands.

8        (Interpreters sworn.)

9            THE COURT:  Sidebar.

10       **(At sidebar.)**

11           THE COURT:  Good morning.

12           DEFENDANT ALI:  I have to tell the reason.  I'm

13   telling you something about yesterday of the conversation

14   and your idea about the Hadith.  The way you talk to me

15   yesterday, I change my mind last night.  Since you discuss

16   with me about the idea of religion and those things, I

17   started changing my mind and I want to respect it to stand

18   up.

19           And the past, I want you to forgive me since I

20   have wrong idea.  It wasn't wrong, but I change my mind

21   because of the religion, so that I change my mind since I

22   have a different idea.

23           THE COURT:  You should know that I do respect your

24   religion.

25           DEFENDANT ALI:  Thank you.

1       THE COURT:  And I respect you.

2       DEFENDANT ALI:  Thank you.

3       THE COURT:  It's very important that you know
4  that, and I am glad we had the conversation yesterday so you
5  would know.

6       DEFENDANT ALI:  It was good for me to talk to you.

7       THE COURT:  And you should know that, even more,
8  that I have gone to Egypt and taught Egyptian judges and
9  they are Muslim.  I have gone to Uganda and taught judges
10 there that are Muslim.  I have been to Senegal and that is a
11 Muslim country and I have taught judges there.

12           Then I have gone to the Kingdom of Saudi Arabia
13 and met with the high officials in the government to have
14 Sharia judges come to the United States and I was able to
15 convince them, the King, to allow the Sharia judges to come
16 to the United States.  They studied in Washington, D.C., and
17 then they honored me by coming to Minnesota and spending a
18 week here learning about our court system here in Minnesota.

19           So it is important that not only your religious
20 beliefs, but anyone else that has religious beliefs, or if
21 they don't have any, be able to practice them.

22           But it's important that you understand that I'm
23 not asking for you to stand for me, but it's to stand for
24 what this country stands for and our judicial system stands
25 for and the struggles that this country has gone through to

1    get where we are now where there is freedom of religion.
2             And so with you -- if I understand you correctly,
3    that you will be standing at the beginning and at recesses
4    for the court and the jury.  Is that correct?
5             DEFENDANT ALI:  Yes.
6             THE COURT:  Now, I will not sign any more orders
7    dealing with your contempt and at the appropriate time at
8    the end of this trial Mr. Scott will bring a motion that I
9    not enforce those contempt citations against you.
10            And I will release you from custody of the jail
11   and I will put a monitor on your ankle so we will know where
12   you are at all times.  Are you willing to abide by those
13   rules?
14            DEFENDANT ALI:  I will follow if you forgive me
15   the past since I have a wrong idea.
16            THE COURT:  I understand that and if you need
17   to -- I never personally felt any animosity towards you.  It
18   is the Court's position that as an officer of this court all
19   parties and all individuals attending court respect the
20   court.
21            And I will certainly -- I have given an indication
22   to Mr. Scott that if you continue to honor your commitment
23   and stand at the appropriate times and not be disruptive in
24   court, that he can make a motion that will allow the Court
25   to forgive your past behavior.

1         DEFENDANT ALI:  I will follow and I am going to do
2    that forever.
3         THE COURT:  All right.  And do you understand that
4    we will put a bracelet on your ankle?
5         DEFENDANT ALI:  No problem.
6         THE COURT:  All right.  Mr. Scott?
7         MR. SCOTT:  Nothing further, Your Honor.
8         THE COURT:  Anything for the Government?
9         MR. PAULSEN:  Can we cancel the research project?
10        THE COURT:  Yes.
11        DEFENDANT ALI:  Okay.  Thank you.
12        MR. KELLY:  Your Honor, does this merit an
13   explanation to the jury if --
14        MR. SCOTT:  As far as I am concerned --
15        MR. KELLY:  -- the jurors --
16        MR. SCOTT:  I mean, nobody has --
17        COURT REPORTER:  This is not making a good record.
18   You are talking at the same time.
19        INTERPRETER:  She asked me what they are talking
20   about.
21        THE COURT:  One thing that we have to do, now that
22   we have had this conversation together, I do need you to go
23   to the front and I will ask you whether or not you will
24   abide by my rules.  And if you say yes, then we can --
25   because we do have a free society and everyone has a right

1  to know what is happening up here, because this is not
2  secret.  It's not an embarrassment to you and I will not
3  embarrass you at all.  I will have Mr. Scott ask you two or
4  three questions and you will answer those questions and then
5  we will be done with this matter.
6              DEFENDANT ALI:  Okay.
7              THE COURT:  All right?
8              DEFENDANT ALI:  Thank you.
9              THE COURT:  Agreeable?
10             DEFENDANT ALI:  Yes.
11             THE COURT:  All right.
12       **(In open court.)**
13             THE COURT:  Mr. Scott.
14             MR. SCOTT:  Ms. Ali, up until this morning the
15  Court had ordered you to stand and you had not been
16  standing; is that correct?
17             DEFENDANT ALI:  Yes.
18             MR. SCOTT:  And as a result of conversations that
19  you had in open court with the Judge yesterday and thinking
20  it over, you have now made a decision that when the jury
21  comes in and when the Court comes in you are going to stand;
22  is that correct?
23             DEFENDANT ALI:  Yes.
24             MR. SCOTT:  And you will do so for the remainder
25  of the trial?

```
 1                 DEFENDANT ALI:  Yes.
 2                 THE COURT:  All right.  Mr. Scott, at the
 3    appropriate time you will make the appropriate motions at
 4    the end of the trial dealing with the contempt citations.  I
 5    will release her from the custody of the marshal after we
 6    make the appropriate arrangements, and that will be today.
 7                 Mrs. Ali, and you are willing to follow the
 8    conditions of your release that I will be putting on you?
 9                 DEFENDANT ALI:  Yes.
10                 THE COURT:  All right.  Let's get the jury out.
11                              *  *  *
12                   (Excerpt from trial concluded)
13                              *  *  *
14
15
16         I, Lori A. Simpson, certify that the foregoing is a
17    correct transcript from the record of proceedings in the
18    above-entitled matter.
19
20              Certified by:  s/ Lori A. Simpson
21                             Lori A. Simpson, RMR-CRR
22
23
24
25
```