# UNITED STATES DISTRICT COURT
## District of Minnesota
# NOTICE OF APPEAL
USCA 8 NO

| | |
|---|---|
| United States of America | |
| Plaintiff, | 10-cr-187 |
| vs | District Court Docket Number |
| Amina Farah Ali | |
| Defendant. | Michael J. Davis |
| | District Court Judge |

Notice is given that **Amina Farah Ali** appeals to the United States Court of Appeals for the Eighth Circuit from the ☐ Judgment & Commitment
✗ Order: 5-16-2013 Conviction and Sentences
entered in this action on **5-16-2013**

| s/ *Daniel M. Scott* | Daniel M. Scott |
|---|---|
| Signature of Defendant's Counsel | Typed name of Defendant's Counsel |
| 431 S. Seventh St., Suite 2530 | (612) 371-9090 |
| Street Address/Room Number | Telephone Number |
| Minneapolis     MN     55415 | 5-28-2013 |
| City     State     Zip | Date |

## TRANSCRIPT ORDER FORM
**TO BE COMPLETED BY ATTORNEY FOR APPELLANT**

✗ Please Prepare a transcript of:     ☐ I am not ordering a transcript because

- ✗ Pre-trial proceedings     ☐ Previously filed
- ✗ Testimony **or**     ☐ Other (Specify)
- ☐ Portions thereof
- ✗ Sentencing
- ☐ Post Trial Proceedings
- ✗ Other (Specify)    Hawo Hassan Sentencing 5-16-2013

### CERTIFICATE OF COMPLIANCE
Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment _____Funds, ____x__ CJA Form 24 completed

| s/ *Daniel M. Scott* | 5-28-13 |
|---|---|
| Attorney's Signature | Date |

**NOTE: Complete All Items on Reverse Side**

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: **ADDRESS REDACTED**
   **ADDRESS REDACTED**

2. Date of Sentence: May 16, 2013   ☒ Jury   ☐ Non-Jury

   Offenses: Material Support of Foreign Terrorist Organization

   Trial Testimony - Number of days: 11   Bail Status: Detained

3. Sentence and Date Imposed: 20 years plus life S.R.T., May 16, 2013

4. Appealing:   Sentence ☐   Conviction ☐   Both ☒

   Challenging:
   ☒ Application of Sentencing Guidelines
   ☒ Constitutionality of Guidelines
   ☐ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: 5-28-2013

   Stenographer in Charge: Lori Simpson
   (Name, Address, Phone)
   United States District Court, 15E
   U.S. Courthouse, 300 S. 4th St.
   Minneapolis, MN 55415
   612-664-5104

6. Trial Counsel Was:   ☒ Appointed (no fee required)   ☐ Retained (filing fee $455 unless IFP granted)

   Does Defendant's financial status warrant appointment of counsel on appeal?
   ☒ Yes   ☐ No

   Affidavit of Financial Status filed:

   Is there any reason why trial counsel should not be appointed as counsel on appeal?
   ☐ Yes   ☒ No

7. Assistant US Attorney Name and Phone Number: Jeff Paulsen
   612-664-5600

## Court Reporter Acknowledgment

Date Order Received   Estimated Completion Date   Est. Number of Pages

Court Reporter Signature   Date

Noticeofappeal (11/05)