# UNITED STATES DISTRICT COURT
## District of Minnesota

### REVISED INFORMATION SHEET - Criminal Cases Only

1. United States of America -v- Amina Farah Ali   CR  10-187(1) MJD/FLN

2. Defendant and Address:   Reg No. 15351-041
   Ramsey County ADC
   425 Grove Street
   St. Paul, MN 55101

3. Date of verdict:  10/20/2011.  Length of trial:  13 days.  (X)  By jury

4. Appealing:   (X) Both Sentence  & Conviction

5. Sentence:  Custody of BOP for 240 months, supervised released for life, spec assmt of $1,300.00

6. Date sentence imposed:  05/16/2013

7. Defendant incarcerated? (X) Yes

8. Financial Status:   Fee paid?  (X) N/A Counsel appointed

9. Notice of Appeal was filed on 05/28/2013.

10. Court Reporter:   Lori Simpson

11. Trial Counsel:   Daniel M Scott
    Kelley, Wolter & Scott, P.A.
    431 S Seventh Street; Suite 2530
    Mpls, MN 55415
    PHONE #  612) 371-9090

12. Trial counsel was: (X)  Appointed

    Is there any reason why trial counsel should not be appointed on appeal? (X) No

13. Assistant U.S. Attorney:  Jeffrey S Paulsen & Steven Ward    PHONE #:  (612) 664-5600

14. List of other defendants in this case & disposition:

    CR 10-187(2)  Hawo Mohamed Hassan - Sentenced

15. Additional Comments:
    **Probation-Please send the PSI, addendums and Statement of Reasons to the Criminal Unit (STP).**

    Prepared by:  las